**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL MURPHY,** ) | Case No. 3:10-cv-01341-BTM-POR |
| ) | |
| Plaintiff, ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL WITH PREJUDICE** |
| vs. ) | |
| ) | |
| **ZWICKER & ASSOCIATES, P.C.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Southern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 13th day of September, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Filed electronically on this 13th day of September, 2010 with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 13th day of September, 2010, via the ECF system to:

Honorable Barry Ted Moskowitz
Judge of the United States District Court
Central District of California

Copy sent via mail on this 5th day of August, 2010, to:

Zwicker & Associates P.C.
80 Minuteman Rd.
Andover, MA 01810-1008


By: s/Todd M. Friedman
    Todd M. Friedman